RASHIEDA MAHARAJ, Appellant, v DANIEL LAROCHE et al., Respondents. [891 NYS2d 653]—

The plaintiff moved to restore this action to the calendar after it was, in effect, dismissed pursuant to CPLR 3216 for failure to file a timely note of issue pursuant to a compliance order dated April 15, 2008. Notably, the compliance order specifically advised that it did not constitute a CPLR 3216 notice. Thus, the order could not be deemed a 90-day demand to file a note of issue, which is a precondition to dismissal under CPLR 3216 (*see* CPLR 3216 [b] [3]; *Ratway v Donnenfeld,* 43 AD3d 465 [2007]; *Heifetz v Godoy,* 38 AD3d 605 [2007]; *Murray v Smith Corp.,* 296 AD2d 445, 447 [2002]). Accordingly, the plaintiff's motion to restore the action to the calendar should have been granted. Skelos, J.P., Florio, Balkin, Belen and Austin, JJ., concur.